## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Stanley Morrow

        Plaintiff,                    Civil No. 09-938 (RHK/RLE)

vs.

                                      **ORDER**

Como Law Firm, P.A.,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: April 24. 2009

                                                s/Richard H. Kyle  
                                                RICHARD H. KYLE  
                                                United States District Judge